UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROLAND KENNETH SMITH                                    CIVIL ACTION

VERSUS                                                  NO. 07-3525

ST. TAMMANY PARISH SHERIFF'S                            SECTION: "M"(1)
OFFICE, ET AL.

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against the St. Tammany Parish Sheriff's Office, the St. Tammany Parish Prison, and the St. Tammany Parish Prison Medical Department are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's remaining claim against Deputy R. Jones be allowed to proceed.

New Orleans, Louisiana, this __6th__ day of __February__, 2008.

_____
UNITED STATES DISTRICT JUDGE